■ In the Matter of the Claim of MAURICE FEUCHTBAUM, Respondent, v. SIMWITZ BROS. TRUCKING Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.